IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO.: 24-10914-C

JACKIE L. WARD, JR.,

      Plaintiff-Appellee,

v.

CORRECTIONAL OFFICER NORTON,

      Defendant-Appellant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF APPELLANT

Pursuant to Federal Rules of Appellate Procedure 26.1, the undersigned counsel for Appellant certifies that the following persons have or may have an interest in the outcome of this case:

      Bledsoe, Kevin – Counsel for Defendant/Appellant

      Byron, Paul G. – United States District Court Judge, Middle District of Florida

      County of Volusia – Appellant's employer

      Norton, Correctional Office – Defendant/Appellant

      Ward, Jackie L., Jr. – Plaintiff/Appellee

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the 11th Circuit Clerk of Court using CM/ECF system and a copy was served via U.S. Mail to Jackie

L. Ward, Jr., #V01321, Santa Rosa Correctional Annex, 5850 E. Milton Road, Milton, Florida 32583-7914 on April 2, 2024.

/s/ W. Kevin Bledsoe
W. Kevin Bledsoe, Esq.
Deputy County Attorney
Fla. Bar No.: 0029769
123 W. Indiana Avenue
DeLand, Florida 32720
(386) 736-5950
kbledsoe@volusia.org / mefird@volusia.org